UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEAGLE, et al., | No. 2:14-cv-0410 MCE KJN P |
| Plaintiffs, | |
| v. | ORDER |
| JEFFREY A. BEARD et al., | |
| Defendants. | |

Plaintiffs, 22 state prisoners proceeding through counsel, have filed a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiffs have paid the filing fee for this action.

The federal venue statute provides that a civil action

> may be brought in (1) a judicial district in which any defendant resides, if all defendants are residents of the State in which the district is located, (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated, or (3) if there is no district in which an action may otherwise be brought as provided in this action, any judicial district in which any defendant is subject to the court's personal jurisdiction with respect to such action.

28 U.S.C. § 1391(b).

Upon reviewing the complaint, the court finds that venue is more appropriate over this civil action in the Fresno Division of this court. Plaintiffs' complaint concerns their allegedly unconstitutional placement, and retention at "hyper-endemic prisons," including Pleasant Valley

1

1   State Prison, and Avenal State Prison, where they were "recklessly exposed to" and contracted
2   Coccidioidomycosis or "Valley Fever." Witnesses and the evidence necessary for the resolution
3   of plaintiffs' claims would appear to be more readily available within the boundaries of the
4   Fresno Division of this court where all of the institutions at issue are located.
5       Moreover, there is an existing and previously-filed class action proceeding in the Fresno
6   Division of this court, <u>Jackson, et al. v. State of California, et al.</u>, Case No. 1:13-cv-1055 SAB
7   LJO, concerning inmates' exposure to Valley Fever. Another case filed by plaintiffs' lawyers,
8   <u>Smith, et al. v. Schwarzenegger, et al.</u>, Case No. 2:13-cv-2254 DAD, also concerning inmates'
9   exposure to Valley Fever, was transferred to the Fresno Division on January 16, 2014, assigned
10  Case No. 1:14-cv-0060 LJO SAB, and related to the previously-filed class action, Case No. 1:13-
11  cv-1055 SAB LJO. On March 24, 2014, after oral argument, the Honorable Dale A. Drozd
12  reconsidered the order of transfer, but determined that the action should remain in the Fresno
13  Division of the court. Case No. 2:13-cv-2254 DAD (ECF No. 15).
14      In the instant action, on February 14, 2014, plaintiffs' counsel filed a notice of objections
15  to transfer of related actions. Counsel appended a copy of the motion for reconsideration of the
16  transfer order in Case No. 2:13-cv-2254 DAD. The undersigned has reviewed the motion for
17  reconsideration and considered plaintiffs' objections. However, the undersigned agrees with
18  Judge Drozd, and finds that in the interest of justice, the instant case should also be transferred to
19  the Fresno Division and related to the earlier-filed class action.
20      Therefore, in the interest of justice, the court will transfer this action to the Fresno
21  Division of the court. <u>See</u> 28 U.S.C. § 1404(a) and Local Rule 120(f).
22      Good cause appearing, IT IS HEREBY ORDERED that:
23      1.  This action is transferred to the United States District Court for the Eastern District of
24          California sitting in Fresno; and
25  ////
26  ////
27  ////
28  ////

  2. All future filings shall reference the new Fresno case number assigned and shall be filed at:

>United States District Court
>Eastern District of California
>2500 Tulare Street
>Fresno, CA 93721

Dated: March 26, 2014

/beag0410.tf

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE