# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERICK BEAGLE, et al., | Case No. 1:14-cv-00430-BAM |
| Plaintiffs, | New Case No. 1:14-cv-00430-SAB-LJO |
| v. | ORDER RELATING CASES AND REASSIGNING ACTION TO DISTRICT JUDGE LAWRENCE J. O'NEILL AND MAGISTRATE JUDGE STANLEY A. BOONE |
| ARNOLD SCHWARZENEGGER, et al., | |
| Defendants. | |

On February 5, 2014, Plaintiffs filed this class action alleging deliberate indifference in violation of the Eighth Amendment.  (ECF No. 2.)  The complaint generally alleges that the defendants were deliberately indifferent by housing inmates who were highly susceptible to Valley Fever at Pleasant Valley State Prison and Avenal State Prison.

Two similar class actions, Jackson, et al. v. State of California, et al., 1:13-cv-01055-LJO-SAB, and Smith v. Schwarzeneggar, 1:14-cv-00060-LJO-SAB, were filed on July 9, 2013, and October 28, 2013, respectively, alleging, in part ,that the defendants were deliberately indifferent by housing inmates who were highly susceptible to Valley Fever at Pleasant Valley State Prison and Avenal State Prison.  Review of the actions reveals that this action is related under Local Rule 123 to the actions entitled Jackson, et al. v. State of California, et al., 1:13-cv-01055-LJO-SAB, and Smith v. Schwarzeneggar, 1:14-cv-00060-LJO-SAB.  The actions are based on the same underlying facts and involve overlapping questions of law and fact.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Office of the Clerk shall relate cases 1:13-cv-01055-LJO-SAB, 1:14-cv-00060-LJO-SAB, and 1:14-cv-00430-BAM;

2. This case shall be reassigned to the dockets of District Court Judge Lawrence J. O'Neill and United States Magistrate Judge Stanley A. Boone by the Clerk's Office;

3. The new case number shall be:

   1:14-cv-00430-LJO-SAB

   and all future pleadings and/or correspondence must be so numbered. The parties are advised that use of an incorrect case number, including initials, may result in a delay of documents being processed and copies thereof being correctly distributed and received by the appropriate judicial officer.

IT IS SO ORDERED.

Dated:   **March 26, 2014**            /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE

2