# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERICK BEAGLE, et al., | Case No. 1:14-cv-00430-LJO-SAB |
| Plaintiffs, | ORDER ON STIPULATION FOR EXTENSION OF TIME |
| v. | (ECF No. 10) |
| ARNOLD SCHWARZENEGGER, et al., | RESPONSIVE PLEADING DUE APRIL 21, 2014 |
| Defendants. | |

Plaintiff filed this class action in the Sacramento Division of the Eastern District on February 5, 2014. (ECF No. 1.) On March 13, 2014, Defendants filed a motion for an extension of time to file an answer. (ECF No. 8.) On March 15, 2014, Plaintiffs filed a response. (ECF No. 9.) On March 25, 2014, the parties filed a stipulation for an extension of time for Defendants to file a responsive pleading. (ECF No. 10.) In the stipulation, Defendants withdraw the motion for an extension of time. On March 26, 2014, this action was transferred to the Fresno Division of the Eastern District. (ECF No. 11.)

///
///
///
///

1

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that Defendants responsive pleading shall be filed on or before April 21, 2014, and Defendants' motion for an extension of time to file an answer, filed March 13, 2014 is WITHDRAWN.

IT IS SO ORDERED.

Dated: **March 26, 2014**

UNITED STATES MAGISTRATE JUDGE