1  FUTTERMAN DUPREE DODD CROLEY MAIER LLP
   MARTIN H. DODD (104363)
2  JAMIE L. DUPREE (158105)
   JAIME G. TOUCHSTONE (233187)
3  180 Sansome Street, 17th Floor
   San Francisco, California 94104
4  Telephone:  (415) 399-3840
   Facsimile:   (415) 399-3838
5  mdodd@fddcm.com
   jdupree@fddcm.com
6  jtouchstone@fddcm.com

7  *Attorneys for Defendant*
   *J. Clark Kelso*

8
                    UNITED STATES DISTRICT COURT
9
                  EASTERN DISTRICT OF CALIFORNIA
10
                          FRESNO DIVISION
11
   FREDERICK BEAGLE;                    | Case No. 1:14-cv-00430-LJO-SAB
12 DON BELARDES;
   FLOYD BOYD;                          | Related Cases:  1:13-cv-01055-LJO-SAB
13 RICHARD BURKE;                       |                 1:14-cv-00060-LJO-SAB
   JOSEPH BUSTAMONTE;
14 CHARLES CARTER;
   OTHA CLARK;                          | **STIPULATED APPLICATION AND**
15 DONALD DIBBLE;                       | **ORDER FOR EXTENSION OF TIME TO**
   JEROME FELDER;                       | **RESPOND TO COMPLAINT**
16 CANDELARIO GARZA;
   JEREMY HOLLIS;
17 SCOTT IMUTA;                         | Complaint Filed:  February 6, 2014
   INFINITY;
18 GEORGE JOHNSON;
   BRUCK KOKLICH;
19 GRADY MONTGOMERY;
   PETER ROMERO;
20 JOSH THOMAS;
   AARON TILLIS;
21 RENE VILLANUEVA;
   BERTRUM WESTBROOK; and
22 WAYNE WOODS,

23            PLAINTIFFS,

24 v.

25 ARNOLD SCHWARZENEGGER,
   FORMER GOVERNER OF THE STATE
26 OF CALIFORNIA;

27 EDMUND G. BROWN, GOVERNOR
   OF THE STATE OF CALIFORNIA;

28

1  JEFFREY A. BEARD, SECRETARY OF
   THE CALIFORNIA DEPARTMENT OF
2  CORRECTIONS AND
   REHABILITATION (CDCR);
3
   PAUL D. BRAZELTON, FORMER
4  WARDEN, PLEASANT VALLEY
   STATE PRISON;
5
   MATTHEW CATE, FORMER
6  SECRETARY OF THE CALIFORNIA
   DEPARTMENT OF CORRECTIONS
7  AND REHABILITATION;
8  JAMES D. HARTLEY, WARDEN
   AVENAL STATE PRISON;
9
   SUSAN L. HUBBARD, FORMER
10 DIRECTOR, DIVISION OF ADULT
   OPERATIONS;
11
   DEBORAH HYSEN, CHIEF DEPUTY
12 SECRETARY, FACILITIES
   PLANNING, CONSTRUCTION &
13 MANAGEMENT;
14 DR. FELIX IGBINOSA, MEDICAL
   DIRECTOR, PLEASANT VALLEY
15 STATE PRISON;
16 CHRIS MEYER, SENIOR CHIEF,
   FACILITIES PLANNING,
17 CONSTRUCTION & MANAGEMENT;
18 TANYA ROTHCHILD, FORMER
   CHIEF OF THE CLASSIFICATION
19 SERVICES UNIT;
20 DWIGHT WINSLOW, M.D., FORMER
   MEDICAL DIRECTOR, CDCR;
21
   JAMES A. YATES, FORMER
22 WARDEN OF PLEASANT VALLEY
   STATE PRISON; AND
23
   UNKNOWN DEFENDANTS 1-100,
24
   IN THEIR INDIVIDUAL CAPACITIES;
25
   J. CLARK KELSO, RECEIVER,
26 CALIFORNIA CORRECTIONAL
   HEALTH CARE SERVICES,
27
28

FUTTERMAN DUPREE
DODD CROLEY
MAIER LLP

STIPULATED APPLICATION & ORDER FOR EOT TO RESPOND TO COMPLAINT
CASE NO. 1:14-cv-00430-LJO-SAB

IN HIS OFFICIAL AND INDIVIDUAL CAPACITIES,

DEFENDANTS.

## STIPULATED APPLICATION

Plaintiffs and Defendant J. Clark Kelso ("Kelso"), by and through their respective counsel, hereby bring this stipulated application pursuant to Civ. L.R. 144(b) to grant Kelso a 28-day extension of time, through and including June 5, 2014, within which to respond to the Complaint on file herein.

The parties previously agreed to two 28-day extensions of time by stipulation making Kelso's response to the Complaint due on May 8, 2014.

Good cause exists to grant this stipulated application because the parties are in discussions concerning resolution of this matter between them.  Although they have made significant progress in discussing a resolution, they have not completed the writing memorializing their settlement.

Therefore, Plaintiffs and Kelso respectfully request that the Court grant a 28-day extension of time for Kelso to respond to the Complaint to and including June 5, 2014.

Dated:  May 5, 2014

FUTTERMAN DUPREE DODD CROLEY MAIER LLP

By: /s/ Martin H. Dodd
           Martin H. Dodd
*Attorneys for Defendant J. Clark Kelso*

Dated:  May 5, 2014

LAW OFFICES OF BENJAMIN PAVONE, PC

By: /s/ Benjamin Pavone
     (as authorized on 5/5/2014)
        Benjamin Pavone, Esq.
*Attorneys for Plaintiffs Frederick Beagle et al.*

1

**ORDER**

2

For good cause shown, the Stipulated Application of Plaintiffs and Kelso to grant Kelso a

3

28-day extension of time to respond to the Complaint IS HEREBY GRANTED. Kelso shall have

4

through and including June 5, 2014 to file his response to the Complaint.

5

IT IS SO ORDERED.

6

7

Dated:   **May 6, 2014**

UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28