UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA (FRESNO)

| | |
|---|---|
| FREDERICK BEAGLE;<br>DON BELARDES;<br>FLOYD BOYD;<br>RICHARD BURKE;<br>JOSEPH BUSTAMONTE;<br>CHARLES CARTER;<br>OTHA CLARK;<br>DONALD DIBBLE;<br>JEROME FELDER;<br>CANDELARIO GARZA;<br>JEREMY HOLLIS;<br>SCOTT IMUTA;<br>INFINITY;<br>GEORGE JOHNSON;<br>BRUCK KOKLICH;<br>GRADY MONTGOMERY;<br>PETER ROMERO;<br>JOSH THOMAS;<br>AARON TILLIS;<br>RENE VILLANUEVA;<br>BERTRUM WESTBROOK; and<br>WAYNE WOODS,<br><br>            Plaintiffs,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER,<br>FORMER GOVERNER OF THE<br>STATE OF CALIFORNIA;<br><br>EDMUND G. BROWN,<br>GOVERNOR OF THE STATE OF<br>CALIFORNIA; | Case No.  1:14-cv-00430-LJO-SAB<br><br>Related Cases:  1:13-cv-01055-LJO-SAB; 1:14-cv-00060-LJO-SAB<br><br>**ORDER GRANTING EX-PARTE APPLICATION BY DEFENDANTS IGBINOSA AND WINSLOW FOR EXTENSION OF 1-DAY TO FILE RESPONSE TO ORDER TO SHOW CAUSE RE CONSOLIDATION**<br>[PROPOSED]<br><br>Magistrate Judge     Hon. Stanley A. Boone |

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4818-4730-6779 v1

1:14-CV-00430-LJO-SAB
[PROPOSED] ORDER

| | |
|---|---|
| 1 | JEFFREY A. BEARD, SECRETARY OF THE CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION (CDCR); |
| 2 | |
| 3 | |
| 4 | |
| 5 | PAUL D. BRAZELTON, FORMER WARDEN, PLEASANT VALLEY STATE PRISON; |
| 6 | |
| 7 | MATTHEW CATE, FORMER SECRETARY OF THE CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION; |
| 8 | |
| 9 | |
| 10 | JAMES D. HARTLEY, WARDEN AVENAL STATE PRISON; |
| 11 | SUSAN L. HUBBARD, FORMER DIRECTOR, DIVISION OF ADULT OPERATIONS; |
| 12 | |
| 13 | DEBORAH HYSEN, CHIEF DEPUTY SECRETARY, FACILITIES PLANNING, CONSTRUCTION & MANAGEMENT; |
| 14 | |
| 15 | |
| 16 | DR. FELIX IGBINOSA, MEDICAL DIRECTOR, PLEASANT VALLEY STATE PRISON; |
| 17 | |
| 18 | CHRIS MEYER, SENIOR CHIEF, FACILITIES PLANNING, CONSTRUCTION & MANAGEMENT; |
| 19 | |
| 20 | |
| 21 | TANYA ROTHCHILD, FORMER CHIEF OF THE CLASSIFICATION SERVICES UNIT; |
| 22 | |
| 23 | DWIGHT WINSLOW, M.D., FORMER MEDICAL DIRECTOR, CDCR; |
| 24 | |
| 25 | JAMES A. YATES, FORMER WARDEN OF PLEASANT VALLEY STATE PRISON; AND |
| 26 | |
| 27 | UNKNOWN DEFENDANTS 1-100, |
| 28 | IN THEIR INDIVIDUAL CAPACITIES; |

Burke, Williams & Sorensen, LLP
Attorneys At Law
Los Angeles

J. CLARK KELSO, RECEIVER, CALIFORNIA CORRECTIONAL HEALTH CARE SERVICES,

IN HIS OFFICIAL AND INDIVIDUAL CAPACITIES,,

            Defendants.

GOOD CAUSE HAVING BEEN SHOWN, this Court hereby grants the ex parte application of defendants F. IGBINOSA, M.D. and D. WINSLOW, M.D. for a one (1) day extension of time in which to file their response to the Court's Order to Show Cause re Consolidation, up to and including May 22, 2014.

IT IS SO ORDERED.

Dated: **May 22, 2014**

_____
UNITED STATES MAGISTRATE JUDGE